## NEW YORK STATE *v.* BARKER (NO. 2).

ERROR TO THE COURT OF APPEALS OF THE STATE OF NEW YORK.

No. 52.    Argued with No. 51, October 30, 1900.—Decided December 10, 1900.

Same counsel as in No. 51.

MR. JUSTICE PECKHAM delivered the opinion of the court.

This case involves the taxes of 1897, and the same question in substance arises herein that has just been decided in the preceding case, and the judgment is, therefore,

*Affirmed.*